FILED
2021 JAN 11 PM 1:55
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
RUTH HACKFORD-PEER, Assistant United States Attorney (#15049)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

Case: 2:21−cr−00014
Assigned To : Oberg, Daphne A.
Assign. Date : 1/11/2021
Description: USA v Richards

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL KEVIN RICHARDS, Defendant. | **MISDEMEANOR INFORMATION** <br><br> Count 1: 21 U.S.C. § 331(c) (Receipt of Misbranded Drugs in Interstate Commerce and Proffered Delivery Thereof for Pay or Otherwise) |
|---|---|

The United States Attorney alleges:

Count 1
21 U.S.C. § 331(c)
(Receipt of Misbranded Drugs in Interstate Commerce)

On or about April 8, 2020, in the Central Division of the District of Utah and elsewhere,

DANIEL KEVIN RICHARDS,

defendant herein, received in interstate commerce from China, drugs (as defined at Title 21, United States Code, Section 321(g)), to wit: fifty kilograms of chloroquine and over 500 kilograms of hydroxychloroquine, delivered and proffered for delivery for pay or otherwise, and which were misbranded, in that:

   a. The labeling was false and misleading, in that it was represented to be "Boswellia Serrata Extract" (21 U.S.C. § 352(a));

  b. The drugs were manufactured, prepared, propagated, compounded, and processed in an establishment not duly registered as a drug manufacturer with Food and Drug Administration (21 U.S.C. § 352(o)); and

  c. The labeling failed to bear adequate directions for use (21 U.S.C. § 352(f)(1)).

All in violation of 21 U.S.C. §§ 331(c) and 333(a)(1), and 18 U.S.C. § 2.

  Dated this 11th day of January 2021.

                                        JOHN W. HUBER
                                        United States Attorney

                                        _____
                                        RUTH HACKFORD-PEER
                                        JACOB J. STRAIN
                                        Assistant United States Attorneys